ROBERT ROARK et al., Respondents, v. EDWARD HUNTING et al., Appellants. (Action No. 1.) ROBERT ROARK et al., Appellants, v. FREDERICK M. GROBER, Respondent. (Action No. 2.)—STALEY, JR., J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.